UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TROY PUBLIC SCHOOLS,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>K.F., *et al.*,<br><br>　　　　　　　　　Defendants. | Case No. 20-cv-10397<br>Honorable Denise Page Hood<br>Magistrate Judge Elizabeth A. Stafford |

**REPORT AND RECOMMENDATION TO APPROVE PROPOSED ORDER WITHDRAWING DEFENDANTS' MOTION FOR ATTORNEY FEES**

　　　Defendants moved for an award of attorney's fees for work performed before the federal court. ECF No. 17. The Honorable Denise Page Hood referred the motion to the undersigned for a report and recommendation under 28 U.S.C. § 636(b)(1)(B). ECF No. 19. The parties submitted a stipulation and proposed order withdrawing the motion for attorney's fees because they resolved the matter (attached). The Court **RECOMMENDS** that the proposed order be approved.

　　　　　　　　　　　　　　　　　　s/Elizabeth A. Stafford
　　　　　　　　　　　　　　　　　　ELIZABETH A. STAFFORD
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Dated: June 21, 2022

## NOTICE TO THE PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this report and recommendation, any party may serve and file specific written objections to this Court's findings and recommendations.  28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2).  If a party fails to timely file specific objections, any further appeal is waived.  *Howard v. Secretary of HHS*, 932 F.2d 505 (6th Cir. 1991).  And only the specific objections to this report and recommendation are preserved for appeal; all other objections are waived.  *Willis v. Secretary of HHS*, 931 F.2d 390, 401 (6th Cir. 1991).

Each **objection must be labeled** as "Objection #1," "Objection #2," etc., and **must specify** precisely the provision of this report and recommendation to which it pertains.  Within 14 days after service of objections, **any non-objecting party must file a response** to the objections, specifically addressing each issue raised in the objections in the same order and labeled as "Response to Objection #1," "Response to Objection #2," etc.  The response must be **concise and proportionate in length and complexity to the objections**, but there is otherwise no page limitation.  If the Court determines that any objections are without merit, it may rule without awaiting the response.

## **CERTIFICATE OF SERVICE**

    The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 21, 2022.

                                        s/Marlena Williams
                                        MARLENA WILLIAMS
                                        Case Manager

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| Troy Public Schools, | Case No: 2:20-cv-10397-DPH-EAS |
| Plaintiff, | Hon. Denise Page Hood<br>Chief Judge of U.S. District Court |
| v. | |
| K.F., et al., | Magistrate Judge Elizabeth A. Stafford |
| Defendants. | |

_____/

| | |
|---|---|
| Roy H. Henley (P39921)<br>Thrun Law Firm, P.C.<br>*Attorneys for Plaintiffs*<br>2900 West Road, Ste. 400<br>East Lansing, Michigan 48823<br>(517) 484-8000<br>rhenley@thrunlaw.com | Jason Daniel Wine (P57906)<br>*Attorney for Defendants*<br>10045 Elgin Avenue<br>Huntington Woods, Michigan 48070-1501<br>(248) 214-3125<br>jdwadvocacy@aol.com |

_____/

### *STIPULATION SUPPORTING PROPOSED ORDER WITHDRAWING DEFENDANTS' MOTION FOR ATTORNEY FEES*

The parties, through their attorneys, submit that they have resolved Defendants' Motion for Attorney Fees and therefore stipulate to the proposed Order Withdrawing Motion for Attorney Fees filed on June 14, 2022.

Respectfully submitted,

| | |
|---|---|
| /s/ Roy H. Henley | /s/ Jason D. Wine (w/permission) |
| Roy H. Henley (P39921) | Jason Daniel Wine (P57906) |
| Thrun Law Firm, P.C. | *Attorney for Defendants* |
| *Attorneys for Plaintiffs* | 10045 Elgin Avenue |
| 2900 West Road, Ste. 400 | Huntington Woods, Michigan 48070-1501 |
| East Lansing, Michigan 48823 | (248) 214-3125 |
| (517) 484-8000 | jdwadvocacy@aol.com |
| rhenley@thrunlaw.com | |
| Dated:  June 20, 2022 | Dated:  June 20, 2022 |

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| Troy Public Schools, | Case No: 2:20-cv-10397-DPH-EAS |
| Plaintiff, | Hon. Denise Page Hood<br>Chief Judge of U.S. District Court |
| v. | |
| K.F., et al., | Magistrate Judge Elizabeth A. Stafford |
| Defendants. | |

_____/

| | |
|---|---|
| Roy H. Henley (P39921)<br>Thrun Law Firm, P.C.<br>*Attorneys for Plaintiffs*<br>2900 West Road, Ste. 400<br>East Lansing, Michigan 48823<br>(517) 484-8000<br>rhenley@thrunlaw.com | Jason Daniel Wine (P57906)<br>*Attorney for Defendants*<br>10045 Elgin Avenue<br>Huntington Woods, Michigan 48070-1501<br>(248) 214-3125<br>jdwadvocacy@aol.com |

_____/

## *ORDER WITHDRAWING DEFENDANTS'*
## *MOTION FOR ATTORNEY FEES*

3

The Court has been advised that the parties have resolved Defendants' Motion for Attorney Fees. The motion is accordingly withdrawn from the Court's docket, and closes the above matter.

Dated: _____, 2022

_____
ELIZABETH A. STAFFORD
United States Magistrate Judge