# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Troy Public Schools,

        Plaintiff,

v.

K.F., et al.,

        Defendants.

        Case No: 2:20-cv-10397-DPH-EAS
        Hon. Denise Page Hood
        Magistrate Judge Elizabeth A. Stafford

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [#28] AND DIRECTING WITHDRAWAL OF DEFENDANTS' MOTION FOR ATTORNEY FEES [#17]

    The Court has been advised that the parties have resolved Defendants' Motion for Attorney Fees [ECF No. 17] and notified that the Magistrate Judge has prepared a Report and Recommendation regarding the parties' stipulation to withdraw from the Court's docket the Motion for Attorney Fees [ECF No. 28].

    The Court has had an opportunity to review this matter and finds that the Magistrate Judge reached the correct conclusions for the proper reasons. Finding no error in the Magistrate Judge's Report and Recommendation, the Court adopts the Report and Recommendation in its entirety.

Accordingly, for the reasons stated above,

**IT IS ORDERED** that the Report and Recommendation [ECF No. 28, filed June 21, 2022] is **ADOPTED** as this Court's findings of fact and conclusions of law.

**IT IS FURTHER ORDERED** that Defendant's Motion for Attorney Fees [ECF No. 17, filed February 11, 2022] be withdrawn from the Court' docket.

This matter is now closed.

Dated:  June 24, 2022                             s/Denise Page Hood
                                                  DENISE PAGE HOOD
                                                  United States District Judge